IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 12-10576 |
| | ) | |
| DENNIS E. LAMBKA, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

The United States of America, pursuant to 26 U.S.C. §§ 7401 and 7403, at the direction of the Attorney General of the United States, with the authorization and sanction of, and at the request of, the Secretary of the Treasury, brings this civil action to reduce to judgment the outstanding unpaid federal income tax liabilities of defendant Dennis E. Lambka. In support of this action, the United States alleges as follows:

1.  Jurisdiction is conferred upon the district court pursuant to 26 U.S.C. § 7402 and 28 U.S.C. §§ 1331, 1340, and 1345.

2.  The defendant Dennis E. Lambka resides in Shelby Township, Michigan, within the jurisdiction of this Court.

3.  On April 18, 2005, Dennis E. Lambka was convicted of Conspiracy to Defraud the United States, Commit Bank Fraud, and Commit Theft of Embezzlement from Employee Benefit Plan for, *inter alia*, deliberately under-reporting and under-paying withholding taxes and defrauding the United States of over $50 million. Mr. Lambka was sentenced to 54 months in prison, of which he served two years. (Case No. 2:04-cr-80450-RHC-VMM (E.D. Mich.)).

4.      As a condition of his probation, Mr. Lambka was ordered to pay $526.66 per month

        towards his outstanding income tax liabilities described in paragraph 6, below.

5.      When his probation ended, Mr. Lambka ceased making payments on his outstanding

        federal income tax liabilities.

6.      A delegate of the Secretary of the Treasury made assessments against Mr. Lambka for

        unpaid federal income tax liabilities as set forth below.

        a.      For income tax period ending December 31, 1999:

| Assessment Date | Assessment Type | Assessment Amount |
|---|---|---|
| 2/11/2002 | Tax Assessed Per Return Filed | $232,818.00 |
| 2/11/2002 | Late Filing Penalty | $11,916.45 |
| 2/11/2002 | Late Payment Penalty | $5,825.82 |
| 2/11/2002 | Interest Assessed | $9,759.42 |
| 9/5/2005 | Fees and Expenses of Collection | $19.00 |
| 10/25/2010 | Fees and Expenses of Collection | $19.00 |
| 5/9/2011 | Fees and Expenses of Collection | $16.00 |
| **Total with payments as of December 19, 2011** | | **$114,082.44** |

        b.      For income tax period ending December 31, 2000:

| Assessment Date | Assessment Type | Assessment Amount |
|---|---|---|
| 4/29/2002 | Tax Assessed Per Return Filed | $251,595.00 |
| 4/29/2002 | Failure to Pre-Pay Penalty | $1,256.74 |
| 4/29/2002 | Late Filing Penalty | $6,235.51 |
| 4/29/2002 | Late Payment Penalty | $3,002.28 |
| 4/29/2002 | Interest Assessed | $3,717.12 |
| **Total with payments as of December 19, 2011** | | **$110,592.38** |

c.      For income tax period ending December 31, 2001

| Assessment Date | Assessment Type | Assessment Amount |
|---|---|---|
| 6/17/2002 | Tax Assessed Per Return Filed | $135,336.000 |
| 6/17/2002 | Failure to Pre-Pay Penalty | $2,315.00 |
| 6/17/2002 | Late Payment Penalty | $988.66 |
| 6/17/2002 | Interest Assessed | $686.08 |
| 11/14/2005 | Fees and Expenses of Collection | $13.00 |
| **Total with payments as of December 19, 2011** | | **$132,657.86** |

d.      For income tax period ending December 31, 2002

| Assessment Date | Assessment Type | Assessment Amount |
|---|---|---|
| 10/27/2003 | Tax Assessed Per Return Filed | $13,842.00 |
| 10/27/2003 | Failure to Pre-Pay Penalty | $284.00 |
| 10/27/2003 | Late Payment Penalty | $316.33 |
| 10/27/2003 | Interest Assessed | $237.80 |
| 3/27/2006 | Fees and Expenses of Collection | $19.00 |
| **Total with payments as of December 19, 2011** | | **$17,359.99** |

e.      For income tax period ending December 31, 2003

| Assessment Date | Assessment Type | Assessment Amount |
|---|---|---|
| 2/8/2010 | Assessment Per Return Filed | $3,959.00 |
| 2/8/2010 | Failure to Pre-Pay Penalty | $102.13 |
| 2/8/2010 | Late Filing Penalty | $890.77 |
| 2/8/2010 | Late Payment Penalty | $989.75 |

- 3 -

| 2/8/2010 | Interest Assessed | $2,045.96 |
| 9/27/2010 | Fees and Expenses of Collection | $13.00 |
| **Total with payments as of December 19, 2011** | | **$8,578.24** |

      f.      For income tax period ending December 31, 2004

| **Assessment Date** | **Assessment Type** | **Assessment Amount** |
| --- | --- | --- |
| 7/4/2005 | Tax Assessed Per Return Filed | $15,756.00 |
| 7/4/2005 | Failure to Pre-Pay Penalty | $451.52 |
| 7/4/2002 | Late Filing Penalty | $1,418.04 |
| 7/4/2005 | Late Payment Penalty | $236.34 |
| 7/4/2005 | Interest Assessed | $227.32 |
| **Total with payments as of December 19, 2011** | | **$29,723.63** |

      g.      For income tax period ending December 31, 2006:

| **Assessment Date** | **Assessment Type** | **Assessment Amount** |
| --- | --- | --- |
| 2/8/2010 | Tax Assessed Per Return Filed | $102.00 |
| 2/8/2010 | Late Filing Penalty | $100.00 |
| 2/8/2010 | Late Payment Penalty | $17.34 |
| 2/8/2010 | Interest Assessed | $35.92 |
| **Total with payments as of December 19, 2011** | | **$281.85** |

      h.      For tax period ending December 31, 2008:

| **Assessment Date** | **Assessment Type** | **Assessment Amount** |
| --- | --- | --- |
| 5/4/2009 | Tax Assessed Per Return Filed | $508.00 |
| 3/14/2011 | Accuracy Related Penalty | $2,283.00 |
| 3/14/2011 | Additional Tax Assessed | $11,417.00 |
| 3/14/2011 | Interest Assessed | $1,059.48 |

| 5/16/2011 | Fees and Expenses of Collection | $16.00 |
|---|---|---|
| **Total with payments as of December 19, 2011** | | **$16,222.85** |

7.    On the dates of the tax assessments described in paragraph 6, above, a delegate of the

       Secretary gave notice of the tax assessments to, and made a demand for payment upon,

       Mr. Lambka.

8.    Despite such notice and demand, Mr. Lambka has failed, neglected, or refused to pay in

       full the liabilities described in paragraph 6, above.

9.    After the application of all abatements, payments, and credits, and the addition of accrued

       penalties, interest, and costs for collection fees, Mr. Lambka remains indebted to the

       United States of America for the liabilities described in paragraph 6, above, in the amount

       of $429,499.24, plus statutory interest and penalties accruing from December 19, 2011,

       pursuant to 26 U.S.C. §§ 6601, 6621, and 6622.

WHEREFORE, the plaintiff United States of America demands judgment in favor of the

United States of America and against the defendant Dennis E. Lambka for his 1999, 2000, 2001,

2002, 2003, 2004, 2006, and 2008 federal income tax liabilities in the amount of $429,499.24,

plus statutory addictions accruing from and after December 19, 2011, including interest pursuant

to 26 U.S.C. §§ 6601, 6621, and 6622, and that the Court award the United States of America

such further relief, including the costs of this action, that the Court deem just and proper.

JOHN A. DiCICCO
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division

*/s/ Laura C. Beckerman*
LAURA C. BECKERMAN
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560
Facsimile: (202) 514-5238
Email: Laura.C.Beckerman@usdoj.gov

Local Counsel:

BARBARA L. McQUADE
United States Attorney

PETER A. CAPLAN
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Telephone: (313)226-9784
P-30643
Email: peter.caplan@usdoj.gov